JPML·FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __867__ --   In re Prudential-Bache Energy Growth Funds Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/10/17 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS A-1 thru A-16), EXHIBITS A - R, CERT. OF SVC. -- Filed by Defendants Graham Energy, Ltd.; Graham Depositary Company II; Graham Securities Corp.; Graham Resources, Inc.; the Prudential-Bache Energy Growth Funds, L.P. G-1, G-2, G-3 and G-4 (collectively the "Graham defendants") and Prudential Life Insurance Company of America, Prudential-Bache Securities, Inc. and Prudential-Bache Properties, Inc. (collectively the "Prudential defendants") -- SUGGESTED TRANSFEREE DISTRICT: E.D. LOUISIANA -- SUGGESTED TRANSFEREE JUDGE: ? (received 10/16/90) (rh) |
| 90/10/29 | | APPEARANCES -- STUART D. WECHSLER, ESQ. for Pearl Cohen; Federick R. Swartz; Ruth James; Herman Madison and M. Barnett Gillman; STEPHEN M. HACKERMAN, ESQ. for Helen Bovay, et al.; RICHARD A. GOINS, ESQ. for Dr. Timothy Gallagher, et al.; Robert A. Vosbein, et al.; Charles Perry, et al.; The Green and Rowe Profit Sharing Plan; Frank A. Darabi; Kenneth Parry, et al.; Paul W. McArthur, et al; James W. Nichols, et al.; Joe Dunlap, et al. and Ike Ganey, et al.; STEPHEN H. KUPPERMANN, ESQ. for Graham Energy, Ltd.; Graham Securities, Corp.; Graham Resources, Inc.; Graham Depositary Company II and Prudential-Bache Energy Growth Funds L.P. G-1, G-2, G-3, G-4, G-5, G-6; ROBERT B. FISKE, JR., ESQ. for Prudential-Bache Securities, Inc.; Prudential-Bache Properties, Inc and Prudential Life Insurance Company of America (rh) |
| 90/11/06 | 2 | RESPONSE/MEMORANDUM -- (to pldg. #1) Helen Bovay, et al. -- w/cert of svc. (received 11/06/90) (sg) |
| 90/11/06 | 3 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Plaintiffs James, Madison and Lieb in the Southern District of New York and Cohn, Swartz and Lipton in the Southern District of Florida -- EXTENSION OF TIME GRANTED TO AND INCLUDING NOV. 8, 1990 -- Notified involved counsel  (sg) |
| 90/11/08 | 4 | RESPONSE/MEMORANDUM -- (to pldg. #1) Plaintiffs James, Madison and Lieb in the Southern Distrct of New York and Cohn, Swartz and Lipton in the Southern District of Florida -- w/Exhibit A -- w/cert. of svc. (received 11/08/90)  (sg) |
| 90/11/08 | 5 | Notice of Related Actions -- Lauren R. Housel, et al. v. Graham Energy, Ltd., et al. -- Filed by Mark R. Beebe  (sg) |
| 90/11/13 | 6 | NOTICE OF ADDITIONAL RELATED ACTIONS -- submitted by movants Graham Energy, Ltd., et al. -- Olivia N. Lieb v. Prudential-Bache Securities, Inc., et al., S.D. New York, C.A. No. 90-6755 and Lauren R. Housel, et al. v. Graham Energy, Ltd., et al., E.D. La., C.A. No. 90-4323 -- w/cert. of service  (cdm) |

JPML FORM 1A

p. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 867 -- In re Prudential-Bache Energy Growth Funds Securities
                   Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/11/15 | 7 | NOTICE TO PANEL re A-3 and A-4; REPLY MEMORANDUM W/EXHIBITS A and B -- filed by movants Graham Energy, Ltd., et al. -- w/cert. of service  (cdm) |
| 90/11/21 | 8 | LETTER -- (to pldg. #6) Letter Amendment to motion to add (A-17) Olivia N. Lieb v. Prudential-Bache Securities, Inc., et al., S.D. New York, C.A. No. 90-6755 and (A-18) Lauren R. Housel, et al. v. Graham Energy, Ltd., et al., E.D. La., C.A. No. 90-4323 -- w/cert of svc. -- Notified involved counsel (sg) |
| 90/12/10 | | HEARING ORDER -- Setting motion for transfer for Panel Hearing on January 25, 1991 in Houston, Texas (rh) |
| 90/12/17 | 9 | AMENDMENT TO MOTION (pldg. #1) -- filed by defendants Graham Energy, Ltd., et al. -- amending motion to include Paul D. McKinnis, et al. v. Graham Energy Ltd., et al., E.D. Louisiana, C.A. No. Civ-90-4788 -- w/cert. of svc.   (ds) |
| 90/12/21 | | FIRST AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON DECEMBER 10, 1990 -- to include action B-19 for Panel Hearing on January 25, 1991 in Houston, Texas -- Notified involved counsel, judge and clerk (rh) |
| 91/01/03 | 10 | LETTER -- referencing the Hearing Order dated 12/10/90 and first amendment to the Hearing Order dated 12/21/90 -- w/svc. filed by defts. Graham Energy, Ltd., Graham Securities, Corp., Graham Resources, Inc., Graham Depositary Co., II and Prudential-Bache Energy Growth Funds, L.P. G-1, G-2, G-3, G-4, G-5, G-6  (ds) |
| 91/01/03 | | SECOND AMENDMENT TO THE HEARING ORDER -- Notified involved counsel and judges.  (ds) |
| 91/01/17 | 11 | SUPPLEMENTAL MEMORANDUM (to pldg. #2)/AFFIDAVIT OF STEPHEN M. HACKERMAN -- Helen Bovay, et al. -- w/Exhibits 1 & 2 and cert. of svc. (received 1/17/91) (rh) |

JPML FORM 1A

B.3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 867 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/01/22 | 12 | RESPONSE TO PLDG. #2 -- Dr. Timothy Gallagher, et al.; Robert A. Vosbein, et al.; Charles Perry, et al.; The Green and Rowe Profit Sharing Plan, et al.; Frank A. Darabi, et al.; Kenneth Parry, et al.; Paul W. McArthur, et al; James W. Nicholas, et al.; Joe Dunlap, et al.; Ike Ganey, et al. -- w/cert. of svc. (received 1/22/91) (rh) |
| 91/01/24 | 13 | RESPONSE -- (to pldg. #11) Prudential-Bache Properties, Inc.; Prudential-Bache Securities, Inc.; Prudential Life Insurance Company of America; Graham Energy, Ltd.; Graham Securities Corp.; Graham Resources, Inc.; Graham Depositary Company II and Prudential-Bache Energy Growth Funds, L.P. G-1, G-2, G-3 and G-4 -- w/Exhibit A and cert. of svc. (received 1/23/91)(rh) |
| 91/01/25 | | HEARING APPEARANCES -- PHILLIP A. WITTMAN, ESQ. or STEPHEN H. KUPPERMAN, ESQ. for Graham Energy, Ltd., Graham Securities Corp., Graham Resources, Inc., Graham Depositary Co., II, the Prudential-Bache Energy Growth Funds, L.P. G-1, G-2, G-3, G-4 and Graham Royalty, Ltd.; JANE E. HEWETT, ESQ. for Prudential-Bache Securities, Inc., Prudential-Bache Properties, Inc. and Prudential Insurance Co. of America; ROBERT A. SKIRNICK, ESQ. for M. Barnett Gillman, Ruth James, Herman Madison, Pearl Cohen, Frederick R. Swartz, Cathy Lipton, Olivia N. Lieb, Irwin Winthal, Monroe Werblin, Herbert Brioh, Martin Rice and Beatrice Rice; STEPHEN HACKERMAN, ESQ.for Helen Bovay, et al.; RICHARD A. GOINS, ESQ. for Dr. Timothy Gallagher, et al. (ds) |
| 91/02/11 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigatin to the Eastern District of Louisiana to the Hon. A.J. McNamara for pretrial proceedings (rh) |
| 91/02/11 | | TRANSFER ORDER -- Transferring A-1; A-2; A-5 and A-17 to the Eastern District of Louisiana pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel, Panel judges and misc recipients (rh) |
| 91/03/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-20) Cathy Lipton, et al. v. Prudential-Bache Securities, Inc., et al., S.D. Florida, C.A. No. 90-CV-6854 -- Notified involved counsel and judges (sg) |

JPML FORM 1A

. B. 4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 867 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/03/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-21 Irwin Winthal, et al. v. Prudential-Bache Securities, Inc., et al., S.D. Florida, C.A. No. 90-8533-CIV-MORENO -- Notified involved counsel and judges (rh) |
| 91/03/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-20 Cathy Lipton, et al. v. Prudential-Bache Securities, Inc., et al., S.D. Florida, C.A. No. 90-CV-6854 -- Notified involved clerks and judges (ds) |
| 91/03/28 | 14 | MOTION, MEMORANDUM, SCHEDULE, CERT. OF SVC. -- filed by defts. Prudential-Bache Properties, Inc., Prudential-Bache Securities, Inc., Prudential Insurance Co. of America, Graham Energy Ltd., Graham Depositary Co., II, Graham Securities, Corp. and Graham Resources, Inc. for transfer of tag-along action (C-22 Judy M. Hitchcock, et al. v. Graham Energy, Ltd., et al., S.D. Tex., C.A. No. H-91-0796) -- Notified involved counsel  (ds) |
| 91/04/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-21 Irwin Winthal, et al. v. Prudential-Bache Securities, Inc., et al., S.D. Florida, C.A. No. 90-8533-CIV-MORENO -- Notified involved judges and clerks (rh) |
| 91/04/16 | | HEARING ORDER -- setting motion of Prudential-Bache Properties, Inc., Prudential-Bache Securities, Inc., Prudential Insurance Co. of America, Graham Energy Ltd., Graham Depositary Co., II, Graham Securities Corp. and Graham Resources, Inc. to transfer for Panel hearing in New York, N.Y., on May 31, 1991 (ds) |
| 91/04/17 | 15 | RESPONSE -- (to pldg. #14) Filed by pltfs. Judy M. Hitchcock, et al. -- w/Exhibits A - C and cert. of svc. (rh) |
| 91/04/24 | 16 | REPLY -- Filed by Defts. Prudential Bache Properties, Inc; Prudential Securities Inc. and The Prudential Insurance Co. of America -- w/cert. of svc. (rh) |
| 91/04/24 | 17 | REPLY -- Filed by Defts. Graham Energy, Ltd.; Graham Depositary Co. II; Graham Securities Corp. and Graham Resources, Inc. -- w/cert. of svc. (rh) |
| 91/05/29 | | WAIVERS OF ORAL ARGUMENT for 5/31/91 hearing, New York, New York -- All parties waived (ds) |



JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 867 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/06/05 | | TRANSFER ORDER -- C-22 Judy M. Hitchcock, et al. v. Graham Energy, Ltd., et al., S.D. Texas, C.A. No. H-91-0796 **(Transferred to the Eastern District of Louisiana)** -- Notified involved counsel, judges, panel judges and clerks (rh) |
| 91/06/19 | 18 | MOTION/MEMORANDUM, SCHEDULE OF ACTION -- Filed by defts. Graham Dep[ository Co., II, Graham Securities Corp., Graham Energy, Ltd., Graham Resources, Inc., John J. Graham, Anton H. Rice, III, Prudential Securities Incorp., Prudential-Bache Properties, Inc. and Prudential Insurance Co. of America, for transfer of action to E.D.Louisiana -- w/cert. of svc. **(Lawrence S. and Esther A. Sondock, et al. v. Graham Energy, Ltd., et al., S.D. Texas, C.A. No. H-91-1652)** -- Notified involved counsel (ds) |
| 91/06/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-23)  William C. Graves, IV, et al. v. Prudential Securities, Inc., et al., S.D. Florida, C.A. No. 91-14105 -- Notified involved counsel and judges.  (sg) |
| 91/07/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-25 Robert I. Kaminsky, et al. v. Graham Energy, Ltd., et al., S.D. Texas, C.A. No. 91-CV-1521 -- Notified involved judges and counsel (ds) |
| 91/07/11 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-23 William C. Graves, IV, et al. v. Prudential Securities, Inc., S.D. Florida, C.A. No. 91-14105 -- Notified involved clerk, judges and counsel  (ds) |
| 91/07/22 | 19 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in C-25 Robert I. Kaminsky, et al. v. Graham Energy, Ltd., et al., S.D. Texas, C.A. No. 91-CV-1521 -- Notified involved counsel and judges (rh) |
| 91/07/31 | 20 | LETTER -- (withdrawal of notice of opposition pldg. #19) -- signed by Michael M. Wilson counsel for Robert I. Kaminsky, et al. -- w/cert. of svc. (rh) |

JPML FORM 1A

b.6

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 867 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/08/02 | 21 | LETTER  --  Signed by Miriam Kass counsel for Lawrence S. Sondock, et al. (w/order signed by Judge Kenneth M. Hoyt in S.D. Texas -- regarding action C-24, remanded to Texas state court) (rh) |
| 91/08/02 | | ORDER DENYING MOTION AS MOOT -- C-24 Lawrence S. Sondock, et al. v. Graham Energy, Ltd., et al., S.D. Texas, C.A. No. H-91-1652 -- Notified involved judges, clerks and counsel (rh) |
| 91/08/02 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- C-25 Robert I. Kaminsky, et al. v. Graham Energy, Ltd., et al., S.D. Texas, C.A. No. 91-CV-1521 (Action transferred to E.D. Louisiana) -- Notified involved judges, clerks and counsel (rh) |
| 91/09/20 | | CONDITIONAL TRANSFER ORDER FILED TODAY --  C-26 William C. Graves, IV, et al. v. Prudential Securities, Inc., et al., S.D. Florida, C.A. No. 91-14190-CIV-ROETTGER -- Notified involved counsel and judge (rh) |
| 91/10/08 | 22 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in C-26 William C. Graves, IV, et al. v. Prudential Securities, Inc., et al. -- Notified involved counsel and judges (received 10/7/91) (rh) |
| 91/10/21 | 23 | MOTION/BRIEF TO VACATE CTO -- C-26 William C. Graves, IV, et al.v. Prudential Securities, Inc., et al., S.D. Fla., C.A. No. -91-14190-CIV-ROETTGER -- filed by pltfs. William C. Graves, IV, et al. w/cert. of svc. (ds) |
| 91/11/04 | 24 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by defendants Graham Energy, Ltd., Graham Depository Company II and the Prudential-Bache Energy Growth Funds, L.P. G-1 and G-3 in William C. Graves, IV, et al. v. Prudential Securities, Inc., et al., S.D. Florida, C.A. No. 91-14190-CIV-ROETTGER -- w/cert. of svc. (sg) |
| 91/11/08 | 25 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by defts. Prudential Securities Incorp, Prudential-Bache Securities Inc., Prudential Insurance Co. of America and Prudential-Bache Properties, Inc. in C-26 William C. Graves, IV, et al. v. Prudential Securities, Inc., et al., S.D. Florida, C.A. No. 91-14190-CIV-ROETTGER -- w/cert. of svc. (sg) |

JPML FORM 1A

B. 6

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 867 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/08/02 | 21 | LETTER -- Signed by Miriam Kass counsel for Lawrence S. Sondock, et al. (w/order signed by judge Kenneth M. Hoyt in S.D. Texas -- regarding action C-24, remanded to Texas state court) (rh) |
| 91/08/02 | | ORDER DENYING MOTION AS MOOT -- C-24 Lawrence S. Sondock, et al. v. Graham Energy, Ltd., et al., S.D. Texas, C.A. No. H-91-1652 -- Notified involved judges, clerks and counsel (rh) |
| 91/08/02 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- C-25 Robert I. Kaminsky, et al. v. Graham Energy, Ltd., et al., S.D. Texas, C.A. No. 91-CV-1521 (Action transferred to E.D. Louisiana) -- Notified involved judges, clerks and counsel (rh) |
| 91/09/20 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-26 William C. Graves, IV, et al. v. Prudential Securities, Inc., et al., S.D. Florida, C.A. No. 91-14190-CIV-ROETTGER -- Notified involved counsel and judge (rh) |
| 91/10/08 | 22 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in C-26 William C. Graves, IV, et al. v. Prudential Securities, Inc., et al. -- Notified involved counsel and judges (received 10/7/91) (rh) |
| 91/10/21 | 23 | MOTION/BRIEF TO VACATE CTO -- C-26 William C. Graves, IV, et al.v. Prudential Securities, Inc., et al., S.D. Fla., C.A. No. -91-14190-CIV-ROETTGER -- filed by pltfs. William C. Graves, IV, et al. w/cert. of svc. (ds) |
| 91/11/04 | 24 | RESPONSE -- (to pldg. #23) -- Filed by defendants Graham Energy, Ltd., Graham Depository Company II and the Prudential-Bache Energy Growth Funds, L.P. G-1 and G-3 -- w/cert. of svc. (sg) |
| 91/11/08 | 25 | RESPONSE -- (to pldg. #23) Filed by defts. Prudential Securities Incorp, Prudential-Bache Securities Inc., Prudential Insurance Co. of America and Prudential-Bache Properties, Inc. -- w/cert. of svc. (sg) |

JPML FORM 1A

B.7

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 867 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/11/21 | 26 | REPLY -- Filed by pltf. William C. Graves (to pldgs. #24 & 25) -- w/cert. of svc. (kac) |
| 91/12/19 | | HEARING ORDER -- Setting Opposition of pltfs. **William C. Graves, IV, et al.** in C-26 to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/01/31 | | WAIVERS OF ORAL ARGUMENT -- (**For Hearing on 1/31/92 in Phoenix, AZ**) ALL PARTIES WAIVED (rh) |
| 92/02/07 | | TRANSFER ORDER -- transferring (C-26) William C. Graves, IV, et al. v. Prudential Securities, Inc., et al, S.D. Florida, C.A. No. 91-14190-CIV-ROETTGER -- Notified involved counsel, judges and clerks (kac) |

JPML Form 1

Revised: 8/78

DOCKET NO. 867 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Prudential-Bache Energy Growth Funds Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 25, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 11, 1991 | TO | Unpublished | E.D. Louisiana | Hon. A.J. McNamara | |

## Special Transferee Information

DATE CLOSED: 5/22/93

Closed

JPML FORM 1

LISTING OF INVOLVED ACTIONS

*E.D. LOUISIANA*
*HON. A.J. McNAMARA*

DOCKET NO. 867 -- In re Prudential-Bache Energy Growth Funds Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Pearl Cohen v. Prudential-Bache Securities, Inc., et al. | Fla.,S. Moreno | 90-6737-CIV-MORENO | 2-11-91 | 91-720 | 5/22/93D | |
| A-2 | Federick R. Swartz v. Prudential-Bache Securities, Inc., et al. | Fla.,S. ~~Zloch~~ Moreno | 90-6738-CIV-ZLOCH | 2-11-91 | 91-721 | 4/20/92D | |
| A-3 | Ruth James v. Prudential-Bache Securities, Inc., et al. | ~~La.,E.~~ ~~N.Y.,S.~~ ~~Edelstein~~ McNamara | ~~90 CIV. 4995~~ 90-4611 | NTN | | 5/22/93D | |
| A-4 | Herman Madison v. Prudential-Bache Securities, Inc., et al. | ~~N.Y.,S.~~ ~~Edelstein~~ Collins | 90 CIV. 5505 | NTN | | 5/22/93D | |
| A-5 | Helen Bovay, et al. v. Graham Energy, Ltd., et al. | Tex.,S. Lake | H 90-2715 | 2-11-91 | 91-722 | 9/1/92D | |
| A-6 | Dr. Timothy Gallagher, et al. v. Graham Energy, Ltd., et al. | La.,E. McNamara | 89-4296 | NTN | — | 4/21/93D | |
| A-7 | M. Barnett Gillman v. Prudential-Bache Securities, Inc., et al. | La.,E. McNamara | 90-0433 | NTN | | 5/22/93D | |
| A-8 | Robert A. Vosbein, et al. v. Graham Energy, Ltd., et al. | La.,E. McNamara | 90-2735 | NTN | — | 4/21/93D | |

JBML FORM 1    Continuation                          Listing of Involved Actions -- p. _2_

DOCKET NO. _867_ -- In re Prudential-Bache Energy Growth Funds Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Charles Perry, et al. v. Graham Energy, Ltd., et al. | La.,E. McNamara | 90-2761 | NTN | | 4/21/93 D | |
| A-10 | The Green and Rowe Profit Sharing Plan v. Graham Energy, Ltd., et al. | La.,E. McNamara | 90-2817 | | | 4/21/93 D | |
| A-11 | Frank A. Darabi v. Graham Energy, Ltd., et al. | La.,E. McNamara | 90-2961 | | | 4/21/93 D | |
| A-12 | Kenneth Parry, et al. v. Graham Energy, Ltd., et al. | La.,E. McNamara | 90-3042 | | | 4/21/93 D | |
| A-13 | Paul W. McArthur, et al. v. Graham Energy, Ltd., et al. | La.,E. McNamara | 90-3080 | | | 4/21/93 D | |
| A-14 | James W. Nichols, et al. v. Graham Energy, Ltd., et al. | La.,E. McNamara | 90-3237 | | | 4/21/93 D | |
| A-15 | Joe Dunlap, et al. v. Graham Energy, Ltd., et al. | La.,E. McNamara | 90-3774 | | | 4/21/93 D | |
| A-16 | Ike Ganey, et al. v. Graham Energy, Ltd., et al. | La.,E. McNamara | 90-3943 | NTN | | 4/21/93 D | |
| A-17 | Olivia N. Lieb v. Prudential-Bache Securities, Inc., et al. | N.Y.,S. Sweet | 90-6755 | 2-11-91 | 91-703 | 5/22/93 D | |
| A-18 | Lauren R. Housel, et al. v. Graham Energy, Ltd., et al. | La.,E. McNamara | 90-4323 | NTN | | 4/21/93 D | |

JBML FORM 1 -- Continuation ⊕

Listing of Involved Actions -- p. 3

DOCKET NO. 867 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-19 | Paul D. McKinnis, et al. v. Graham Energy, Ltd., et al. | La., E. McNamara | Civ-90-4788 NTN | | ———— | 4/21/93 | Amendment to motion filed 12/17 |
| B-20 | Cathy Lipton, et al. v. Prudential-Bache Securities, Inc., et al. 3/12/91 | Fla., S. Moreno | 90-CV-6854 | 3/28/91 | 91-1229 | 5/22/93 D | |
| B-21 | Irwin Winthal, et al. v. Prudential-Bache Securities, Inc., et al. 3-26-91 | Fla., S. Moreno | 90-8533-CIV-MORENO | 4-11-91 | 91-1434 | 5/22/93 D | |
| C-22 | Judy M. Hitchcock, et al. v. Graham Energy, Ltd., et al. July 1991 - 1 IR /15 XV2/22 Pending | Tex., S. Lake | H-91-0796 | 6-5-91 | 91-2120 | 8/7/91 Remanded State court | Motion for tag-along filed 3/28/91 |
| C-23 | William C. Graves, IV et al. v. Prudential Securities, Inc., et al. 6/24/91 | Fla., S. Zloch | 91-14105 | | | 7/11/91 | VACATED |
| C-24 | Lawrence S. and Esther A. Sondock, et al v. Graham Energy, Ltd., et al. | Tex., S. Hoyt | H-91-1652 | | | 5-29-91 Remanded | Motion Denied Motion for tag-along filed 6/20/91 |
| C-25 | Robert I. Kaminsky, et al. v. Graham Energy, Ltd., et al. 7-22-91 7/5/91 | Tex., S. Hittner | 91-CV-1521 | 8-2-91 | 91-2876 | Remanded to state court. | |
| C-26 | William C. Graves, IV, et al. v. Prudential Securities, Inc., et al. 9-20-91 10-7-91 | Fla., S. Roettger | 91-14190-CIV-ROETTGER | 02/07/92 | 92-518-D | 5/22/93 D | |
| XYZ-27 | Chancellor Insurance, et al. v. Graham Resources, et al. July 1992 - 2 re/ 1 XV2/20 dis /23 Pending | La., E. McNamara | 92-1491 | NTN | Severed from MDL and closed 10/98 | | when (1) action was left call about it on 6/23/93 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 867 -- In re Prudential-Bache Energy Growth Funds Securities Litigation

OLIVIA N. LIEB (A-17)
PEARL COHEN (A-1)
FEDERICK R. SWARTZ (A-2)
RUTH JAMES (A-3)
HERMAN MADISON (A-4)
M. BARNETT GILLMAN (A-7)
Stuart D. Wechsler, Esq.
Wechsler, Skirnick, Harwood,
   Halebian & Feffer
555 Madison AVE
New York, NY  10022


HELEN BOVAY, ET AL. (A-5)
Stephen M. Hackerman, Esq.
Miller, Bristow & Brown
3900 Two Huston Center
909 Fannin
Houston, TX  77010


LAUREN R. HOUSEL, ET AL. (A-18)
DR. TIMOTHY GALLAGHER, ET AL. (A-6)
ROBERT A. VOSBEIN, ET AL. (A-8)
CHARLES PERRY, ET AL. (A-9)
THE GREEN AND ROWE PROFIT SHARING
   PLAN (A-10)
FRANK A. DARABI (A-11)
KENNETH PARRY, ET AL. (A-12)
PAUL W. MCARTHUR, ET AL. (A-13)
JAMES W. NICHOLS, ET AL. (A-14)
JOE DUNLAP, ET AL. (A-15)
IKE GANEY, ET AL. (A-16)
Richard Goins, Esq.
Adams & Reese
4500 One Shell Square
New Orleans, LA 70139

PRUDENTIAL-BACHE PROPERTIES, INC.
PRUDENTIAL-BACHE SECURITIES, INC.
PRUDENTIAL LIFE INSURANCE COMPANY
   OF AMERICA
Robert B. Fiske, Jr., Esq.
Davis Polk & Wardwell
1 Chase Manhattan Plaza
New York, NY  10005


GRAHAM ENERGY, LTD.
GRAHAM SECURITIES, CORP.
GRAHAM RESOURCES, INC.
GRAHAM DEPOSITARY COMPANY II
PRUDENTIAL-BACHE ENERGY GROWTH FUNDS,
   L.P. G-1, G-2, G-3, G-4, G-5, G-6
Stephen H. Kupperman, Esq.
Stone, Pigman, Walther, Wittmann
   & Hutchinson
546 Carondelet Street
New Orleans, LA  70130


PAUL D. MCKINNIS, ET AL. (B-19)
(No app. rec'd)
Louis A. Wilson, Esq.
Richard A. Goins, Esq.
Mark R. Beebe, Esq.
Adams & Reese
(address already listed on this page)

ROBERT I. KAMINSKY, ET AL. (C-25)
B. Daryl Bristow, Esq.
Miller, Bristow & Brown
3900 Two Houston Center
Houston, TX  77010

PRUDENTIAL INSURANCE COMPANY OF
   AMERICA (deft. C-25)
Richard Josephson, Esq.
Baker & Botts
3000 One Shell Plaza
910 Louisiana
Houston, TX  77002

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. _867_ -- _____

---

CATHY LIPTON, ET AL. (B-20)
Robert W. Pearce , Esq.
Lerner & Pearce, P.A.
2888 E. Oakland Park Blvd.
Fort Lauderdale, FL  33306


GRAHAM ROYALTY, LTD.
Registered Agent for Service
  of Process:
Harold A. Aucoin
109 North Park Blvd.
Covington, KY  70433

PRUDENTIAL-BACHE ENERGY PRODUCTION, INC.
C.T. Corporation
601 Poydras
New Orleans, LA  70130



IRWIN WINTHAL, ET AL. (B-21)
Allan M. Lerner, Esq.
Lerner & Pearce
(Same As B-20)

Stuart D. Wechsler, Esq.
(Same As A-1)


MOTION FOR TAG-ALONG ACTION filed 3/28/91)

JUDY HITCHCOCK, ET AL. (C-22)

Stephen M. Hackerman, Esq.
(same as A-5)



JAMES J. DARR (deft. in C-22)
Richard H. Caldwell, Esq.
Mayor, Day & Caldwell
1900 NCNB Center
700 Louisiana
Houston, Texas  77000

---

JOHN J. GRAHAM
ANTON H. RICE, III (defts. in C-22)
Stephen Kupperman, Esq.
(address listed on page 1)



CHARLES W. PATTERSON
DAN C. ARNOLD
ERNEST L. DEAL
GLEN G. MAGNUSON, JR.
(defts. in C-22)
Richard N. Carrell, esq.
Fullbright & Jaworski
1301 McKinney
Suite 1500
Houston, Texas  77010

WILLIAM C. GRAVES, ET AL. (C-23)
George H. Moss, Esq.
Moss, Henderson, Van Gaasbeck, Blanton
  & Koval, P.A.
P.O. Box 3406
817 Beachland Blvd.
Vero Beach, Florida  32964-3406

Stuart D. Wechsler, Esq.
Wechsler Skirnick Harwood, Halebian
    & Feffer
  (Same as A-1)


LAWRENCE S. AND ESTHER A. SONDOCK, ET AL. (C-24)
Stephen M. Hackerman, Esq.
(Same address as A-5)


ROBERT I. KAMINSKY, ET AL. (C-25)
Michael M. Wilson, Esq.
Bristow, Hackerman, Wilson & Perterson
1111 Bagby, Suite 1900
Houston, TX  77002

Case MDL No. 867   Document 1   Filed 06/16/15   Page 15 of 17

JPML FORM 2A -- Continuation

DOCKET NO. 867 -- _____

JAMES J. DARR
Daniel Lund, Esq.
Brian P. Quirk, Esq.
Montgomery, Brnett, Brown,
   Read, Hammond & Mintz
3200 Energy Centre
1100 Poydras St.
New Orleans, LA  70163-3200

Stuart Perlutter, Esq.
Davidoff & Malito
605 Third Avenue
34th Floor
New York, N.Y  10158

WILLIAM C. GRAVES, IV, ET AL. (C-26)
George H. Moss, Esq.
Moss, Henderson, Van Gaasbeck, Blanton
   & Koval
P.O. Box 3406
817 Beachland Blvd.
Vero Beach, FL  32964-3406

Stuart D. Wechsler, Esq.
(SAME AS A-1)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 867  --  In re Prudential-Bache Energy Growth Funds Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Prudential-Bache Securities, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, B-19, B-20, B-21, C-22, C-23, C-24, A-35, C-26 |
| Prudential Life Insurance Company | A-1, A-2, A-3, A-4, A-5, A-17, B-20, B-21, C-22, C-23, C-24, C-26 |
| Graham Energy, Ltd. | A-1 thru A-16, A-17, A-18, B-19, B-20, B-21, C-22, C-23, C-24, C-25, C-26 |
| Graham Depository Company, II | A-1 thru A-16, A-17, A-18, B-19, B-20, B-21, C-22, C-23, C-24, C-25, C-26, |
| Prudential- Bache Energy Growth Fund, L.P. G-1 | A-1 thru A-16, A-17, A-18, B-19, B-20, B-21, C-23, C-26 |
| Prudential-Bache Energy Growth Fund, L.P. G-2 | A-1, A-2, A-4, A-17, B-20, B-21 |
| Prudential-Bache Energy Growth Fund, L.P. G-3 | A-1, A-2, A-4, A-17, B-20, B-21, C-23, C-26 |
| Prudential-Bache Energy Growth Fund, L.P. G-4 | A-1, A-2, A-4, A-17, B-20, B-21 |
| Prudential-Bache Energy Growth Fund, L.P. G-5 | A-1, A-2, A-4 |
| Prudential-Bache Energy Growth Fund, L.P. G-6 | A-1, A-2, A-4 |
| Prudential-Bache Properties, Inc. | A-1 thru A-16, A-18, B-19, B-20, B-21, C-22, C-23, C-24, C-25, C-26, |

p. 2.

| | |
|---|---|
| Graham Securities, Corp. | B-19, C-22, C-24 C-25 |
| Graham Resources, Inc. | B-19, C-22, C-24 C-25 |
| Graham Royalty, Ltd. | B-19 |
| Prudential Bache Energy Production, Inc. | B-19 |
| James J. Darr | C-22, C-24 C-25 |
| John J. Graham | C-22, C-24 C-25 |
| Anton H. Rice, III | C-22, C-24 C-25 |
| Charles W. Patterson | C-22, C-24 |
| Dan C Arnold | C-22, C-24 |
| Ernest L. Deal | C-22, C-24 |
| Glen G. Magnuson, Jr. | C-22, C-24 |

Prudential Ins. Co. of America       C-25